FILED

2010 JAN -8 PM 4:08

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 07cr0657WQH |
| Plaintiff, | ) |
| v. | ) ORDER AND JUDGMENT TO DISMISS |
| | ) INDICTMENT AND WITHDRAW |
| PAULINO MAYORGA-ESPERO (6), | ) ARREST WARRANT |
| Defendant. | ) |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to defendant Paulino Mayorga-Espero, and arrest warrant be withdrawn.

DATED: _____1/7/10_____.

_____
HONORABLE WILLIAM Q. HAYES
United States District Court Judge